PEOPLE v SAWYER. (Docket No. 64464.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,*

Principal Attorney, Appeals, and *Don W. Atkins,* Assistant Prosecuting Attorney, for the people, appellant. Reported at 410 Mich 531.